**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

January 31, 2019

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    Re:    Karina Lee Matos
           Case No. 5:19-bk-00344

Dear Clerk:

We have been advised of a change of address for a creditor in the above-referenced case, as follows:

    From:    Commercial Acceptance Corp.
                2 W. Main Street
                Shiremanstown, PA 17011

    To:    Commercial Acceptance Company
                2300 Gettysburg Road
                Camp Hill, PA 17011

Please correct the mailing matrix accordingly. Thank you.

            Very truly yours,

            */s/ Vincent Rubino*

            Vincent Rubino