# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **KARINA LEE MATOS,** aka | : | **Chapter 13** |
| **Karina L. Matos,** aka | : | **Case No. 5:19-00344** |
| **Karina Matos,** aka | : | |
| **Karina Lee Arce,** aka | : | |
| **Karina L. Arce,** aka | : | |
| **Karina Arce,** fdba | : | |
| **Chocolate Creations** | : | |
| Debtor. | : | |

## CERTIFICATE OF MAILING

I hereby certify that on January 31, 2019, I caused to be served by first class mail, postage prepaid, a true and correct copy of Notice of Chapter 13 Bankruptcy Case in the above case on the following:

Commercial Acceptance Company
2300 Gettysburg Road
Camp Hill, PA 17011

**NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI**

By: /s/ Beverly A. Smale
**Bankruptcy Assistant**