UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KARINA LEE MATOS, | : | |
| aka KARINA L. MATOS, | : | CASE NO.: 5:19-bk-00344 |
| aka KARINA MATOS, | : | |
| aka KARINA LEE ARCE, | : | |
| aka KARINA L. ARCE, | : | |
| aka KARINA ARCE | : | |
| fdba CHOCOLATE CREATIONS, | : | |
| Debtor | : | |

## PRAECIPE TO WITHDRAW AMENDED SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS

TO THE CLERK:

Kindly withdraw Amended Schedule E/F: Creditors Who Have Unsecured Claims, which was erroneously filed to the wrong Debtor and case number on January 31, 2019.

**DATED**: January 31, 2019

/s/ Vincent Rubino
Vincent Rubino, Esq.
Attorney ID #49628
Attorney for Debtor