# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karina Lee Matos<br>    aka Karina L. Matos<br>    aka Karina Matos<br>    aka Karina Arce<br>    aka Karina Lee Arce<br>    dba Chocolate Creations<br>    aka Karina L. Arce<br>               Debtor | BK NO. 19-00344 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                               Respectfully submitted,

                               **/s/ James C. Warmbrodt, Esquire**
                               James C. Warmbrodt, Esquire
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA  19106
                               215-627-1322