```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-00344-RNO
Karina Lee Matos                                                    Chapter 13
        Debtor                        CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson              Page 1 of 2           Date Rcvd: Feb 01, 2019
                              Form ID: asextnd           Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2019.
db             Karina Lee Matos,    PO Box 402,    Effort, PA  18330-0402
5155156        AARON'S INC,    674 PA-196 #15,    TOBYHANNA, PA 18466
5155158       +BANK OF AMERICA,    7105 CORPORATE DRIVE,    PTX B-209,    PLANO, TX 75024-4100
5155159       +BIRCHES WEST POA,    C/O WILKINS PROPERTY MGT,    7164 ROUTE 209,    STROUDSBURG, PA 18360-7108
5155162       +COMMERCIAL ACCEPTANCE CORP,    2300 Gettysburg Road,    Camp Hill, PA 17011-7303
5155165       +HOUSEHOLD BANK,    ATTN BANKRUPTCY DEPT,    PO BOX 5213,    CAROL STREAM, IL 60197-5213
5155166       +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
5155168       +LENDMARK FINANCIAL,    4645 VILLAGE SQUARE DR,    SUITE H,    PADUCAH, KY 42001-7448
5155169       +MACYS RECOVERY,    9111 DUKE BLVD,    MASON, OH 45040-8999
5155170        MERCANTILE ADJUSTMENT BUREAU,    165 LAWRENCE BELL DRIVE,    SUITE 100,
                WILLIAMSVILLE, NY 14221-7900
5156972      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: Met-Ed,     PO Box 16001,    Reading, PA  19612-6001)
5155172       +TED'S USED CARS,    1723 WEST MAIN STREET,    STROUDSBURG, PA 18360-1072
5156973       +Vonage America,    C/O RMS,    PO Box 361348,    Columbus, OH 43236-1348
5155175       +WELLS FARGO BANK NA OVERDRAFT,    RECOVERY PROCESS,    PO BOX 45038,
                JACKSONVILLE, FL 32232-5038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5155157        E-mail/Text: legal@arsnational.com Feb 01 2019 19:16:43     ARS NATIONAL SERVICES,
                PO BOX 469046,    ESCONDIDO, CA 92046-9046
5155160        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2019 19:23:23      CAPITAL ONE,
                PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5155161        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 01 2019 19:16:44     COMENITY BANK,
                BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5155163       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 01 2019 19:23:44      CREDIT ONE BANK,
                PO BOX 98873,    LAS VEGAS, NV 89193-8873
5155164       +E-mail/Text: kthompson@crownasset.com Feb 01 2019 19:16:50     CROWN ASSET MANAGEMENT,
                3100 BRECKENRIDGE BLVD,    STE 725,    DULUTH, GA 30096-7605
5155167        E-mail/Text: bnckohlsnotices@becket-lee.com Feb 01 2019 19:16:39     KOHLS/CAPITAL ONE,
                PO BOX 3115,    MILWAUKEE, WI 53201-3115
5155699       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 19:23:24
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5155171        E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 19:23:23     SYNCHRONY BANK,
                ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5155173       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 01 2019 19:16:29
                VERIZON WIRELESS BANKRUPTCY ADMN,    500 TECHNOLOGY DRIVE,    SUITE 550,
                WELDON SPRING, MO 63304-2225
5155174       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 01 2019 19:17:06     WEBBANK/FINGERHUT,
                6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: TWilson            Page 2 of 2             Date Rcvd: Feb 01, 2019
                               Form ID: asextnd         Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino     on behalf of Debtor 1 Karina Lee Matos
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                                   TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Karina Lee Matos,
aka Karina Matos, aka Karina L. Matos, aka Karina Arce, aka Karina L. Arce, aka Karina Lee Arce, dba Chocolate Creations,

**Debtor 1**

Chapter 13

Case No. 5:19−bk−00344−RNO

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on January 28, 2019.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| **United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: February 20, 2019**<br>**Time: 09:30 AM** |
|---|---|

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **February 18, 2019**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 1, 2019 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**