Certificate Number: 12433-PAM-DE-032285885

Bankruptcy Case Number: 19-00344



12433-PAM-DE-032285885

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 12, 2019, at 3:38 o'clock PM EST, Karina Lee Matos completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 12, 2019            By: /s/Lance Brechbill

                                                          Name: Lance Brechbill

                                                          Title: Teacher