```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 19-00344-RNO
Karina Lee Matos                                                    Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson              Page 1 of 2           Date Rcvd: Feb 20, 2019
                              Form ID: pdf010            Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2019.
```
db              Karina Lee Matos,    PO Box 402,    Effort, PA  18330-0402
5155156         AARON'S INC,    674 PA-196 #15,    TOBYHANNA, PA 18466
5155158        +BANK OF AMERICA,    7105 CORPORATE DRIVE,    PTX B-209,    PLANO, TX 75024-4100
5155159        +BIRCHES WEST POA,    C/O WILKINS PROPERTY MGT,    7164 ROUTE 209,    STROUDSBURG, PA 18360-7108
5155162        +COMMERCIAL ACCEPTANCE CORP,    2300 Gettysburg Road,    Camp Hill, PA 17011-7303
5155165        +HOUSEHOLD BANK,    ATTN BANKRUPTCY DEPT,    PO BOX 5213,    CAROL STREAM, IL 60197-5213
5155166        +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
5155168        +LENDMARK FINANCIAL,    4645 VILLAGE SQUARE DR,    SUITE H,    PADUCAH, KY 42001-7448
5155169        +MACYS RECOVERY,    9111 DUKE BLVD,    MASON, OH 45040-8999
5155170         MERCANTILE ADJUSTMENT BUREAU,    165 LAWRENCE BELL DRIVE,    SUITE 100,
                 WILLIAMSVILLE, NY 14221-7900
5156972       ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                 (address filed with court: Met-Ed,    PO Box 16001,    Reading, PA  19612-6001)
5155172        +TED'S USED CARS,    1723 WEST MAIN STREET,    STROUDSBURG, PA 18360-1072
5156973        +Vonage America,    C/O RMS,    PO Box 361348,    Columbus, OH 43236-1348
5155175        +WELLS FARGO BANK NA OVERDRAFT,    RECOVERY PROCESS,    PO BOX 45038,
                 JACKSONVILLE, FL 32232-5038
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5155157         E-mail/Text: legal@arsnational.com Feb 20 2019 19:35:41      ARS NATIONAL SERVICES,
                 PO BOX 469046,    ESCONDIDO, CA 92046-9046
5155160         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2019 19:41:34      CAPITAL ONE,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5155161         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 20 2019 19:35:50      COMENITY BANK,
                 BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5155163        +E-mail/PDF: creditonebknotifications@resurgent.com Feb 20 2019 19:40:35      CREDIT ONE BANK,
                 PO BOX 98873,    LAS VEGAS, NV 89193-8873
5155164        +E-mail/Text: kthompson@crownasset.com Feb 20 2019 19:36:14      CROWN ASSET MANAGEMENT,
                 3100 BRECKENRIDGE BLVD,    STE 725,    DULUTH, GA 30096-7605
5155167         E-mail/Text: bncnotices@becket-lee.com Feb 20 2019 19:35:22      KOHLS/CAPITAL ONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
5155699        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2019 19:41:42
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5155171         E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2019 19:39:33      SYNCHRONY BANK,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5155173        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 20 2019 19:35:10
                  VERIZON WIRELESS BANKRUPTCY ADMN,    500 TECHNOLOGY DRIVE,    SUITE 550,
                 WELDON SPRING, MO 63304-2225
5155174        +E-mail/Text: bnc-bluestem@quantum3group.com Feb 20 2019 19:36:48      WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Karina Lee Matos
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                           TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **KARINA LEE MATOS**, aka | : | Chapter 13 |
| **Karina L. Matos**, aka | : | Case No. 5:19-00344 |
| **Karina Matos**, aka | : | |
| **Karina Lee Arce**, aka | : | |
| **Karina L. Arce**, aka | : | |
| **Karina Arce**, fdba | : | |
| **Chocolate Creations** | : | |
| Debtor. | : | |
| | | |
| **KARINA LEE MATOS**, | : | |
| Movant, | : | **Motion to** |
| vs. | : | **Extend Automatic Stay** |
| **AARON'S, INC.**, | : | |
| **BANK OF AMERICA**, | : | |
| **BIRCHES WEST POA**, | : | |
| **LENDMARK FINANCIAL**, | : | |
| and all parties listed on the mailing matrix filed with | : | |
| the Clerk, | : | |
| Respondents, | : | |

## ORDER GRANTING
## MOTION TO EXTEND AUTOMATIC STAY

AND NOW, upon consideration of the Debtor's **Motion to Extend Automatic Stay** pursuant to Section 362(c)(3)(B), and it appearing from the Motion and Affidavit filed therewith that the filing of the above-captioned Chapter 13 Bankruptcy Case was filed in good faith, it is hereby ORDERED that the said **Motion to Extend Automatic Stay** be and is hereby GRANTED. It is further ORDERED that the Automatic Stay shall be extended with regard to all creditors in accordance with 11 U.S.C. § 362(c)(1)&(2)&(3)(B).

Dated: February 20, 2019     By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_ (PAR)

Case 5:19-bk-00344-RNO    Doc 25    Filed 02/22/19    Entered 02/23/19 00:50:39    Desc
Imaged Certificate of Notice    Page 3 of 3