IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KARINA LEE MATOS, | : | |
| aka KARINA L. MATOS, | : | CASE NO.: 5:19-bk-0344-RNO |
| aka KARINA MATOS, | : | |
| aka KARINA LEE ARCE, | : | |
| aka KARINA L. ARCE, | : | |
| aka KARINA ARCE | : | |
| fdba CHOCOLATE CREATIONS, | : | |
|     Debtor | : | |

**CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF
COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**

I, <u>Karina Lee Matos</u>, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on May 7, 2019.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: _____　　　　By:　/s/ Vincent Rubino_____
　　　　　　　　　　　　　　　　　Counsel for Debtor

DATED: _____　　　　By:　/s/ Karina Lee Matos_____
　　　　　　　　　　　　　　　　　Karina Lee Matos, Debtor