```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                   Case No. 19-00344-RNO
Karina Lee Matos                                                         Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson             Page 1 of 2              Date Rcvd: Apr 04, 2019
                              Form ID: ntcnfhrg         Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
```
db              Karina Lee Matos,    PO Box 402,    Effort, PA  18330-0402
5155156         AARON'S INC,    674 PA-196 #15,    TOBYHANNA, PA 18466
5155158        +BANK OF AMERICA,    7105 CORPORATE DRIVE,    PTX B-209,    PLANO, TX 75024-4100
5155159        +BIRCHES WEST POA,    C/O WILKINS PROPERTY MGT,    7164 ROUTE 209,    STROUDSBURG, PA 18360-7108
5155162        +COMMERCIAL ACCEPTANCE CORP,    2300 Gettysburg Road,    Camp Hill, PA 17011-7303
5174875         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5179373         Directv, LLC,    by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
5155165        +HOUSEHOLD BANK,    ATTN BANKRUPTCY DEPT,    PO BOX 5213,    CAROL STREAM, IL 60197-5213
5155166        +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
5155168        +LENDMARK FINANCIAL,    4645 VILLAGE SQUARE DR,    SUITE H,    PADUCAH, KY 42001-7448
5155169        +MACYS RECOVERY,    9111 DUKE BLVD,    MASON, OH 45040-8999
5155170         MERCANTILE ADJUSTMENT BUREAU,    165 LAWRENCE BELL DRIVE,    SUITE 100,
                 WILLIAMSVILLE, NY 14221-7900
5156972       ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                (address filed with court: Met-Ed,    PO Box 16001,    Reading, PA  19612-6001)
5155172        +TED'S USED CARS,    1723 WEST MAIN STREET,    STROUDSBURG, PA 18360-1072
5156973        +Vonage America,    C/O RMS,    PO Box 361348,    Columbus, OH 43236-1348
5155175        +WELLS FARGO BANK NA OVERDRAFT,    RECOVERY PROCESS,    PO BOX 45038,
                 JACKSONVILLE, FL 32232-5038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5155157         E-mail/Text: legal@arsnational.com Apr 04 2019 19:24:46      ARS NATIONAL SERVICES,
                 PO BOX 469046,    ESCONDIDO, CA 92046-9046
5155160         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 04 2019 19:26:40      CAPITAL ONE,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5155161         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 04 2019 19:24:48      COMENITY BANK,
                 BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5155163        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 04 2019 19:26:03      CREDIT ONE BANK,
                 PO BOX 98873,    LAS VEGAS, NV 89193-8873
5155164        +E-mail/Text: kthompson@crownasset.com Apr 04 2019 19:25:02      CROWN ASSET MANAGEMENT,
                 3100 BRECKENRIDGE BLVD,    STE 725,    DULUTH, GA 30096-7605
5155167         E-mail/Text: bncnotices@becket-lee.com Apr 04 2019 19:24:39      KOHLS/CAPITAL ONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
5164327         E-mail/Text: ktramble@lendmarkfinancial.com Apr 04 2019 19:24:33
                 LENDMARK FINANCIAL SERVICES,    2118 USHER ST,    COVINGTON, GA 30014
5165023         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2019 19:26:04      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5168666        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 04 2019 19:25:01      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5166790        +E-mail/Text: ecfbankruptcy@progleasing.com Apr 04 2019 19:25:05      NPRTO North-East, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
5155699        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2019 19:37:02
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5179013         E-mail/Text: bnc-quantum@quantum3group.com Apr 04 2019 19:24:53
                 Quantum3 Group LLC as agent for,    Bluestem and SCUSA,    PO Box 788,
                 Kirkland, WA  98083-0788
5155171         E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2019 19:26:18      SYNCHRONY BANK,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5155173        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 04 2019 19:24:34
                 VERIZON WIRELESS BANKRUPTCY ADMN,    500 TECHNOLOGY DRIVE,    SUITE 550,
                 WELDON SPRING, MO 63304-2225
5179506         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 04 2019 19:26:44      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
5155174        +E-mail/Text: bnc-bluestem@quantum3group.com Apr 04 2019 19:25:15      WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor 1 Karina Lee Matos
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                                    TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Karina Lee Matos,<br>aka Karina Matos, aka Karina L. Matos, aka Karina Arce, aka Karina L. Arce, aka Karina Lee Arce, dba Chocolate Creations,<br>**Debtor 1** | Chapter 13<br><br>Case No.    5:19–bk–00344–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **April 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: May 7, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 4, 2019 |

ntcnfhrg (03/18)