# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KARINA LEE MATOS<br>AKA: KARINA L. ARCE, KARINA L. MATOS, KARINA MATOS, KARINA ARCE, KARINA LEE ARCE<br>DBA: CHOCOLATE CREATIONS<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>KARINA LEE MATOS<br>AKA: KARINA L. ARCE, KARINA L. MATOS, KARINA MATOS, KARINA ARCE, KARINA LEE ARCE<br>DBA: CHOCOLATE CREATIONS<br><br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 5-19-00344-RNO |

## **CERTIFICATION OF DEFAULT**

AND NOW on August 25, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of August 25, 2020, the Debtor(s) is/are $1500.00 in arrears with a plan payment having last been made on May 11, 2020

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 25, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KARINA LEE MATOS
AKA: KARINA L. ARCE, KARINA L. MATOS, KARINA MATOS, KARINA ARCE, KARINA LEE ARCE
DBA: CHOCOLATE CREATIONS

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-00344-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 25, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG, PA 18360-0511 | SERVED ELECTRONICALLY |
| KARINA LEE MATOS<br>PO BOX 402<br>EFFORT, PA 18330-0402 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 25, 2020

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com