```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                  Case No. 19-00344-RNO
Karina Lee Matos                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Aug 26, 2020
                        Form ID: pdf010     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.
db          Karina Lee Matos,    PO Box 402,    Effort, PA 18330-0402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: resurgentbknotifications@resurgent.com Aug 26 2020 19:26:25     LVNV Funding LLC,
           c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 26 2020 19:26:09
           PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                                TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,    DPugh@monroecountypa.gov
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         Vincent Rubino    on behalf of Debtor 1 Karina Lee Matos
         lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
         anwilliams.com;swiggins@newmanwilliams.com
                                                                                                                        TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **KARINA LEE MATOS**<br>**AKA: KARINA L. ARCE, KARINA L. MATOS, KARINA MATOS, KARINA ARCE, KARINA LEE ARCE**<br>**DBA: CHOCOLATE CREATIONS**<br>**Debtor 1** | **Chapter:** 13<br><br>**Case No.:** 5:19-bk-00344-RNO |
| **CHARLES J. DEHART, III**<br>**CHAPTER 13 TRUSTEE**<br>    vs.          **Movant(s)** | |
| **KARINA LEE MATOS**<br>**AKA: KARINA L. ARCE, KARINA L. MATOS, KARINA MATOS, KARINA ARCE, KARINA LEE ARCE**<br>**DBA: CHOCOLATE CREATIONS**<br>**Respondent(s)** | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: August 26, 2020        By the Court,

*Robert N. Opel II* (signature)
_____
Robert N. Opel, II, Bankruptcy Judge (DG)

Order Dismissing Case with Parties - Revised 9/17