```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 19-00344-RNO
Karina Lee Matos                                                Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke          Page 1 of 2          Date Rcvd: Aug 27, 2020
                              Form ID: pdf010          Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db              Karina Lee Matos,    PO Box 402,    Effort, PA   18330-0402
5155156         AARON'S INC,    674 PA-196 #15,    TOBYHANNA, PA 18466
5155158        +BANK OF AMERICA,    7105 CORPORATE DRIVE,    PTX B-209,    PLANO, TX 75024-4100
5155159        +BIRCHES WEST POA,    C/O WILKINS PROPERTY MGT,    7164 ROUTE 209,    STROUDSBURG, PA 18360-7108
5182398         Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
5155162        +COMMERCIAL ACCEPTANCE CORP,    2300 Gettysburg Road,    Camp Hill, PA 17011-7303
5174875         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5155165        +HOUSEHOLD BANK,    ATTN BANKRUPTCY DEPT,    PO BOX 5213,    CAROL STREAM, IL 60197-5213
5155166        +KML LAW GROUP,    STE 5000-BNY INDEPEN CTR,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
5155168        +LENDMARK FINANCIAL,    4645 VILLAGE SQUARE DR,    SUITE H,    PADUCAH, KY 42001-7448
5155169        +MACYS RECOVERY,    9111 DUKE BLVD,    MASON, OH 45040-8999
5155170         MERCANTILE ADJUSTMENT BUREAU,    165 LAWRENCE BELL DRIVE,    SUITE 100,
                 WILLIAMSVILLE, NY 14221-7900
5156972        ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                 (address filed with court: Met-Ed,     PO Box 16001,    Reading, PA   19612-6001)
5155172        +TED'S USED CARS,    1723 WEST MAIN STREET,    STROUDSBURG, PA 18360-1072
5156973        +Vonage America,    C/O RMS,    PO Box 361348,    Columbus, OH 43236-1348
5155175        +WELLS FARGO BANK NA OVERDRAFT,    RECOVERY PROCESS,    PO BOX 45038,
                 JACKSONVILLE, FL 32232-5038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 19:35:26     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC   29603-0587
5155157         E-mail/Text: legal@arsnational.com Aug 27 2020 19:32:55     ARS NATIONAL SERVICES,
                 PO BOX 469046,    ESCONDIDO, CA 92046-9046
5155160         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2020 19:35:52     CAPITAL ONE,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5155161         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 27 2020 19:32:57     COMENITY BANK,
                 BANKRUPTCY DEPT,    PO BOX 182125,    COLUMBUS, OH 43218-2125
5155163        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 27 2020 19:36:30     CREDIT ONE BANK,
                 PO BOX 98873,    LAS VEGAS, NV 89193-8873
5155164        +E-mail/Text: kthompson@crownasset.com Aug 27 2020 19:33:01     CROWN ASSET MANAGEMENT,
                 3100 BRECKENRIDGE BLVD,    STE 725,    DULUTH, GA 30096-7605
5183399         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2020 19:36:27
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC   28272-1083
5179373         E-mail/Text: G06041@att.com Aug 27 2020 19:33:08     Directv, LLC,
                 by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
5155167         E-mail/Text: PBNCNotifications@peritusservices.com Aug 27 2020 19:32:49     KOHLS/CAPITAL ONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
5164327         E-mail/Text: ktramble@lendmarkfinancial.com Aug 27 2020 19:32:43
                 LENDMARK FINANCIAL SERVICES,    2118 USHER ST,    COVINGTON, GA 30014
5165023         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2020 19:36:33     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5168666        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2020 19:33:01     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5166790        +E-mail/Text: ecfbankruptcy@progleasing.com Aug 27 2020 19:33:05     NPRTO North-East, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
5181770         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 19:35:31
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5155699        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 19:35:54
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5179013         E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2020 19:32:57
                 Quantum3 Group LLC as agent for,    Bluestem and SCUSA,    PO Box 788,
                 Kirkland, WA   98083-0788
5155171         E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 19:35:52     SYNCHRONY BANK,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965061,    ORLANDO, FL 32896-5061
5155173        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 27 2020 19:32:44
                 VERIZON WIRELESS BANKRUPTCY ADMN,    500 TECHNOLOGY DRIVE,    SUITE 550,
                 WELDON SPRING, MO 63304-2225
5179506         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2020 19:35:43     Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
5155174        +E-mail/Text: bnc-bluestem@quantum3group.com Aug 27 2020 19:33:10     WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5221632*        Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino   on behalf of Debtor 1 Karina Lee Matos
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
           anwilliams.com;swiggins@newmanwilliams.com
```
                                                                                                TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **KARINA LEE MATOS**<br>AKA: KARINA L. ARCE, KARINA L. MATOS, KARINA MATOS, KARINA ARCE, KARINA LEE ARCE<br>DBA: CHOCOLATE CREATIONS<br>          **Debtor 1** | **Chapter:**   13<br><br>**Case No.:**   5:19-bk-00344-RNO |
| **CHARLES J. DEHART, III**<br>**CHAPTER 13 TRUSTEE**<br>  vs.       **Movant(s)**<br><br>**KARINA LEE MATOS**<br>AKA: KARINA L. ARCE, KARINA L. MATOS, KARINA MATOS, KARINA ARCE, KARINA LEE ARCE<br>DBA: CHOCOLATE CREATIONS<br>          **Respondent(s)** | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: August 26, 2020     By the Court,

*Robert N. Opel II* (signature)

_____

Robert N. Opel, II, Bankruptcy Judge [DG]

Order Dismissing Case with Parties - Revised 9/17